# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

OTHA REESE,

      Plaintiff,

v.                              CASE NO: 8:14-cv-2463-T-17MAP

CAPITAL ONE BANK (USA) N.A.

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff Otha Reese and Defendant Capital One Bank (USA), N.A. hereby provide notice to this Court that they have settled this matter. The parties respectfully request that they be allowed 30 days to finalize the settlement.

      Dated: June 23, 2015

| | |
|---|---|
| */s Todd M. Davis* | */s Joshua H. Threadcraft* |
| Todd M. Davis (Lead Trial Counsel) | Joshua H. Threadcraft (96153) (Lead Trial Counsel) |
| Davis Law Firm | Burr & Forman, LLP |
| Bank of America Tower | 420 N. 20th Street, Suite 3400 |
| 50 N. Laura Street, Suite 2500 | Birmingham, AL 35203 |
| Jacksonville, FL 32202 | Telephone:   205-251-3000 |
| TD@DavisPLLC.com | Facsimile:    205-413-8701 |
| *Attorney for Plaintiff* | Email:        Joshua.Threadcraft@burr.com |
| | *Attorney for Defendant* |

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Todd M. Davis
Davis Law Firm
Bank of America Tower
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
TD@DavisPLLC.com
*Attorney for Plaintiff*

                                                */s Joshua H. Threadcraft*
                                                Joshua H. Threadcraft (96153)

24374775 v1