# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

OTHA REESE,

      Plaintiff,

v.                               CASE NO: 8:14-cv-2463-T-17MAP

CAPITAL ONE BANK (USA) N.A.,

      Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, OTHA REESE, and Defendant, CAPITAL ONE BANK (USA) N.A, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiff's claims, with prejudice, against Defendant with each party to bear their own fees, costs, and expenses.

Respectfully Submitted,

| **DAVIS LAW FIRM** | **BURR & FORMAN, LLP** |
|---|---|
| *s/Todd M. Davis* | *s/ Joshua H. Threadcraft* |
| TODD M. DAVIS, Esq. | Joshua H. Threadcraft, Esq. |
| Florida Bar #58470 | Florida Bar #96153 |
| Bank of America Tower | 420 N. 20th Street |
| 50 N. Laura Street | Suite 3400 |
| Suite 2500 | Birmingham, AL 35203 |
| Jacksonville, Florida 32202 | Telephone: 205-251-3000 |
| 904-400-1429 (phone) | Facsimile: 205-413-8701 |
| 904-638-8800 (fax) | Joshua.Threadcraft@burr.com |
| TD@DavisPLLC.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2015, I e-filed this document using the CM/ECF system, which will notify the other parties of record.

*/s/TODD M. DAVIS*
Todd M. Davis